Rolland M. Bickerstaff, Respondent, v. Frank L. Perley, Appellant, Impleaded with Lee Shubert and John C. Fisher.— Judgment and order affirmed, with costs. No opinion. Miller and Dowling, JJ., dissenting.

Augustus W. Openhym and Others, Respondents, v. Chamberlin-Johnson-Du Bose Company, Appellant.— Judgment affirmed, with costs. No opinion.

Bernard J. Ford, Appellant, v. Joseph Stern and Others, Respondents.— Judgment affirmed, with costs. No opinion. Scott, J., dissenting.

Moritz Kepes, Respondent, v. Joseph Green, Appellant.— Judgment modified by deducting therefrom $183.36, together with the interest thereon, and as modified affirmed, without costs. No opinion. Settle order on notice.

The People of the State of New York ex rel. Wood D. Loudoun, Relator, v. John Purroy Mitchel and Ernest Y. Gallagher, as Commissioners of Accounts of the City of New York, Respondents.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

John M. Stewart, an Infant, by Oscar Stewart, His Guardian ad Litem, Respondent, v. Fortunato D'Onofrio, Appellant.— Judgment and order affirmed, with costs. No opinion.

Oscar Stewart, Respondent, v. Fortunato D'Onofrio, Appellant.— Judgment and order affirmed, with costs. No opinion.

Emma E. Nestell, Appellant, v. Charles H. Hart and Others, Respondents.— Judgment affirmed, with costs. No opinion.

Emma E. Nestell, Appellant, v. Charles H. Hart and Others, Respondents.— Judgment and order affirmed, with costs. No opinion.

Ferdinand R. Minrath, as Substituted Trustee, etc., Respondent, v. New York Investment and Improvement Company and Others, Impleaded with James M. Gifford, Appellant.— Judgment affirmed, with costs to respondents who appeared separately and filed briefs, on opinion of the court below. (Reported in *Lauterbach* v. *New York Investment Co.*, 62 Misc. Rep. 561.)

J. Frederick Hoefle, Appellant, v. Annie Hallanan, Respondent.— Judgment and order affirmed, with costs. No opinion.

Bernhard Vogel v. Simon Nachemson and Others, Impleaded with Minnie Sable, Appellant, and Jennie Nachemson, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Pasquale Prencipe, Appellant, for a Peremptory Writ of Mandamus against the State Board of Pharmacy of the State of New York, Eastern Branch, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Daniel Caslin, an Infant, by Mary Caslin, His Guardian ad Litem, Respondent, v. Reed & Barton Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Boudinot Keith, as Trustee under a Deed of Trust Dated November 23, 1908, Appellant, for a Peremptory Writ of Mandamus. Peter J. Dooling, as Clerk of the County of New York, and Others, Respondents — Order affirmed, with ten dollars costs and disbursements. No opinion.